IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID B. WILLIAMS,

    Plaintiff,

v.                                                        CASE NO. 1:13-cv-27-RH-GRJ

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

On June 28, 2013, the Court entered an order directing Plaintiff to show cause why the case should not be dismissed for failure to prosecute where Plaintiff, a *pro se,* non-prisoner litigant, failed to comply with the Court's fee requirements or with the rules regarding timely service pursuant to Fed. R. Civ. P. 4, and made no inquiry into the status of his case. (Doc. 6.) To date, Plaintiff has failed to respond to the show cause order, which required a response on or before July 12, 2013. Plaintiff has not filed any papers in this case since March 5, 2013. (Doc. 4.)

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. <u>Link v. Wabash Railroad</u>, 370 U.S. 626 (1962); <u>Eades v. Alabama Dept. of Human Resources</u>, 298 Fed. Appx. 862 (11th Cir. 2008) (district court has discretion to dismiss case *sua sponte* where plaintiff has failed to comply with court orders and was on notice that such failure may result in dismissal). Plaintiff has failed to prosecute his case and failed to comply with the Court's Order to Show Cause.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 19th day of July 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**